JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SERVANDO RODRIGUEZ AGUILAR,<br><br>   Plaintiff,<br>vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 5:24-cv-02276-JDE<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand (Dkt. 23, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   April 09, 2025

/s/ John D. Early

JOHN D. EARLY
United States Magistrate Judge